# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jack, Janis G. | U.S. District Court | 05/08/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

1133 N. Shoreline Blvd.
Room 321
Corpus Christi, TX 7841

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/08/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/08/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. Frost Bank | Unsecured Line of Credit | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Frost Bank Cash Account | A | Interest | J | T | | | | | |
| 2. Cardiology Associates Profit Sharing Plan (H) | | | | | | | | | |
| 3. -Invesco STIT Govt & Agcy (fka Invesco STIC Prime) | A | Dividend | L | T | Distributed (part) | 01/02/20 | K | | |
| 4. | | | | | Distributed (part) | 02/05/20 | K | | |
| 5. | | | | | Distributed (part) | 03/04/20 | K | | |
| 6. | | | | | Distributed (part) | 04/01/20 | K | | |
| 7. | | | | | Distributed (part) | 04/29/20 | J | | |
| 8. | | | | | Distributed (part) | 07/01/20 | J | | |
| 9. | | | | | Distributed (part) | 08/03/20 | K | | |
| 10. | | | | | Distributed (part) | 09/04/20 | K | | |
| 11. | | | | | Distributed (part) | 10/02/20 | J | | |
| 12. | | | | | Distributed (part) | 11/03/20 | K | | |
| 13. | | | | | Distributed (part) | 12/02/20 | J | | |
| 14. | | | | | Distributed (part) | 12/30/20 | K | | |
| 15. -US Savings Bonds Ser 2 (Formerly US Savings Bonds Ser I) | | None | L | T | | | | | |
| 16. -US Savings Bonds Ser 4 (Formerly US Savings Bonds Ser I) | | None | L | T | | | | | |
| 17. -Vanguard Short Term Inv Grade Instl | D | Dividend | O | T | Buy (add'l) | 05/20/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 04/22/20 | M | | |
| 19. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 20. | | | | | Buy<br>(add'l) | 08/07/20 | J | | |
| 21. | | | | | Buy<br>(add'l) | 08/24/20 | J | | |
| 22. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 23. | | | | | Buy<br>(add'l) | 10/02/20 | J | | |
| 24. | | | | | Buy<br>(add'l) | 11/05/20 | J | | |
| 25. | | | | | Buy<br>(add'l) | 11/24/20 | K | | |
| 26. | | | | | Buy<br>(add'l) | 12/04/20 | J | | |
| 27.   -Cohen & Steers Instl Realty Fd | A | Dividend | | | Sold | 08/25/20 | J | A | |
| 28.   -MFS Value Fund I | B | Dividend | K | T | Sold<br>(part) | 04/22/20 | J | A | |
| 29.   -Hartford Floating Rate Fund Cl I | B | Dividend | | | Sold | 04/22/20 | L | A | |
| 30.   -JHancock Disciplined Value Mid Cap | A | Dividend | K | T | Buy<br>(add'l) | 04/22/20 | J | | |
| 31. | | | | | Sold<br>(part) | 11/24/20 | J | A | |
| 32.   -Gabelli Small Cap Growth (Y) | | | | | | | | | |
| 33.   -T Row Price Mid Cap Growth Fund | B | Dividend | K | T | Buy<br>(add'l) | 04/22/20 | J | | |
| 34. | | | | | Sold<br>(part) | 11/24/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/16/20 | J | | |
| 36.  -Vanguard 500 Index Fund - Admiral | A | Dividend | K | T | Sold (part) | 05/20/20 | J | A | |
| 37. | | | | | Sold (part) | 11/24/20 | J | C | |
| 38.  -Victory Small Co Opp Fund | A | Dividend | | | Sold | 05/20/20 | J | A | |
| 39.  -Frost Total Return Bond Fd Cl A | D | Dividend | N | T | Buy (add'l) | 01/31/20 | J | | |
| 40. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 41. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 42. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 43. | | | | | Sold (part) | 04/22/20 | M | A | |
| 44. | | | | | Sold (part) | 05/19/20 | M | A | |
| 45.  -Metropolitan West T/R Bond - I (Y) | | | | | | | | | |
| 46.  -Harding Loevner Intl Eq Fd Instl | A | Dividend | J | T | Sold (part) | 04/22/20 | J | B | |
| 47. | | | | | Sold (part) | 08/25/20 | J | B | |
| 48. | | | | | Sold (part) | 11/24/20 | J | A | |
| 49.  -Frost Credit Fund Inv Cl | C | Dividend | K | T | Sold (part) | 04/22/20 | K | A | |
| 50. | | | | | Sold (part) | 11/24/20 | K | A | |
| 51.  -T Rowe Price Growth Stock Fund | B | Dividend | K | T | Sold (part) | 04/22/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 05/19/20 | J | A | |
| 53. | | | | | Sold<br>(part) | 11/24/20 | J | B | |
| 54. | | | | | Buy<br>(add'l) | 12/16/20 | J | | |
| 55.   -Oppenheimber Total Return Bd | C | Dividend | | | Sold | 04/22/20 | N | E | |
| 56.   -Vanguard Sm Cap Growth Adm | A | Dividend | | | Sold | 08/25/20 | J | A | |
| 57.   -Baird Aggregate Bd Fd | D | Dividend | M | T | Buy | 04/22/20 | M | | |
| 58. | | | | | Buy<br>(add'l) | 05/20/20 | K | | |
| 59. | | | | | Buy<br>(add'l) | 08/25/20 | L | | |
| 60. | | | | | Buy<br>(add'l) | 12/23/20 | J | | |
| 61.   -Fidelity Conservative Inc Bd | A | Dividend | M | T | Buy | 04/22/20 | M | | |
| 62. | | | | | Buy<br>(add'l) | 11/24/20 | J | | |
| 63.   -Pimco Foreign Bond Fd | A | Dividend | K | T | Buy | 11/24/20 | K | | |
| 64.   -Artisan High Income Fd | C | Dividend | L | T | Buy | 04/22/20 | L | | |
| 65. | | | | | Buy<br>(add'l) | 05/20/20 | K | | |
| 66. | | | | | Sold<br>(part) | 08/25/20 | L | D | |
| 67. | | | | | Sold<br>(part) | 11/24/20 | K | C | |
| 68.   -Lazard Intl Eqty Port | B | Dividend | J | T | Buy | 04/22/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 08/25/20 | J | B | |
| 70. | | | | | Sold (part) | 11/24/20 | J | A | |
| 71. -T Rowe Price Intl Disc Fd | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 72. | | | | | Sold (part) | 11/24/20 | J | A | |
| 73. Cash Value of Life Insurance (H) | | | | | | | | | |
| 74. -Equitable Financial Life (formerly Mutual of New York) | A | Interest | K | T | | | | | |
| 75. -Massachusetts Mutual | A | Dividend | J | T | | | | | |
| 76. -Lincoln Natl Life Ins Co | A | Dividend | J | T | | | | | |
| 77. -Lincoln Natl Life Ins Co | A | Dividend | K | T | | | | | |
| 78. American Bank #1 | A | Interest | J | T | | | | | |
| 79. American Bank #2 | A | Interest | J | T | | | | | |
| 80. VCSP/College America #1 (H) | | | | | | | | | |
| 81. - American Funds Growth Fund of America | C | Dividend | L | T | Buy (add'l) | 12/18/20 | J | | |
| 82. - American Funds Investment Company of America | A | Dividend | K | T | | | | | |
| 83. Smallcap World Fund-529A | A | Dividend | K | T | | | | | |
| 84. VCSP/College America #2 (H) | | | | | | | | | |
| 85. -American Funds Growth Fund of America | B | Dividend | L | T | Buy (add'l) | 12/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. -American Funds Investment Company of America | A | Dividend | K | T | | | | | |
| 87. Smallcap World Fund-529A | A | Dividend | K | T | | | | | |
| 88. Education Trust #1 - Real Estate, | | None | M | U | | | | | |
| 89. Education Trust #2 - Real Estate, | | None | M | U | | | | | |
| 90. Family Realty LLC - Real Estate, | | None | P1 | U | | | | | |
| 91. 2008 Lifetime Trust, Real Estate, | | None | L | U | | | | | |
| 92. Frost Bank - K | A | Interest | J | T | | | | | |
| 93. Frost Bank - J | A | Interest | J | T | | | | | |
| 94. Frost Bank - S | A | Interest | J | T | | | | | |
| 95. Frost Bank | A | Interest | J | T | | | | | |
| 96. Camden Nat'l Bank | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/08/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/08/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Janis G. Jack**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544